IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGE MALCOLM COLE, | } |
| | } |
| Plaintiff, | } |
| | } |
| vs. | } Case No.: 1:18-cv-05901-ELR |
| | } |
| UNITED STATES OF AMERICA, et al. | } |
| | } |
| Defendants. | } |

## PLAINTIFF'S DISCLOSURE OF EXPERT WITNESS
## MICHAEL SOBOEIRO, MD

In accordance with Rule 26 of the Federal Rules of Civil Procedure, the plaintiff hereby makes the following disclosure:

**A.    IDENTITY OF EXPERT WITNESS**

Michael F. Soboeiro, MD
1121 N. Blount Street
Raleigh, NC  27604

**B.    WRITTEN REPORT**

The written report prepared and signed by Michael F. Soboeiro, MD is attached hereto as Exhibit A.

Respectfully submitted, September 14, 2020.

*/s/ J. CALLEN SPARROW*
J. Callen Sparrow, admitted *PHV*
Erik S. Heninger (346783)
HENINGER GARRISON & DAVIS, LLC
2224 1st Avenue North
Birmingham, Alabama 35203
Telephone:   (205) 326-3336
Facsimile:    (205) 326-3332
jcsparrow@hgdlawfirm.com
erik@hgdlawfirm.com

Travis E. Lynch, Esquire (162373)
HENINGER GARRISON & DAVIS, LLC
3621 Vinings Slope SE, Suite 4320
Atlanta, GA  30339
Telephone:   (404)996-0867
Facsimile:    (404)547-5515
tlynch@hgdlawfirm.com
Attorneys for Plaintiff

## Local Rule 7.1 Compliance Certificate

Pursuant to L.R. 7.1.D, this certifies that the foregoing document complies with the font and point selections approved by L.R. 5.1.C. The foregoing document was prepared using Times New Roman font in 14 point.

Dated: September 14, 2020.

By: */s/ J. CALLEN SPARROW*
        J. Callen Sparrow, admitted *PHV*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this September 14, 2020, the foregoing document(s) was filed with the Court using the Court's electronic filing system and/or mailed via U.S. Mail, postage prepaid, to the following party or parties of record:

Trishanda L. Treadwell, Esquire
Assistant United States Attorney
Georgia Bar No. 356896
United States Attorney's Office
Richard B. Russell Federal Building
75 Ted Turner Drive SW, Suite 600
Atlanta, GA  30303-3309
Telephone:  (404)581-6000
Facsimile:   (404)581-6181
Email:          trish.treadwell@usdoj.gov

>                          */s/ J. CALLEN SPARROW*
>                          Of Counsel